UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DILENIA PAGUADA, *on behalf of herself and all others similarly situated*,

                Plaintiff,

– against –

VIRTUE LABS, LLC,

                Defendant.

**ORDER**

20 Civ. 6955 (ER)

Ramos, D.J.:

    Plaintiff filed this case on August 27, 2020.  Defendant was served with process on October 6, 2020.  There has been no further activity in this case.  Plaintiff is therefore directed to move for default pursuant to this Court's individual practices or otherwise submit a status report to the Court by no later than April 19, 2021.  Failure to comply could result in sanctions including dismissal for failure to prosecute.  *See* Fed. R. Civ. P. 41(b).

    It is SO ORDERED.

Dated:    April 5, 2021
            New York, New York

                                                      Edgardo Ramos, U.S.D.J.