# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: marskhaimovlaw@gmail.com

## MEMO ENDORSED

**VIA ECF**

Hon. Judge Edgardo Ramos

United States District Judge

Southern District of New York

40 Centre Street

New York, NY 10007

April 19, 2021

> The request is GRANTED.  Plaintiff must move for default or otherwise file a status update by May 19, 2021.  SO ORDERED.
>
> Edgardo Ramos, U.S.D.J
> Dated: 4/19/2021
> New York, New York

Re:   <u>Paguada v. Virtue Labs, LLC; Case No: 1:20-cv-06955-ER</u>

To the Honorable Judge Ramos,

The undersigned represents Plaintiff Dienia Paguada (hereinafter "Plaintiff") in the above-referenced matter.

This Letter is submitted in response to the Court's April 5, 2021 Order directing Plaintiff to move for a default judgment or provide a status update by April 19, 2021.

By way of background, this matter has been pending before the Court since August 27, 2020 and while Defendant was properly served (and Affidavit of Service filed on the docket), Defendant failed to appear or otherwise respond.

Plaintiff is in the process of obtaining a Certificate of Default from the Clerk of the Court as to Virtue Labs, LLC and will promptly be filing its Motion for a Default Judgement in accordance with the Court's Individual Rules.

As such, Plaintiff is requesting 30 days in which to attempt to contact Defendant or in the alternative, move for Default Judgment.

Thank you for the consideration of Plaintiff's request.

Yours sincerely,

/s/Mars Khaimov

Mars Khaimov, Esq., **Principal**
**Mars Khaimov Law, PLLC**